IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES ex rel. ROBERT F. BLACK and STACIE HARRISON,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMERICAN SOCIETY FOR ENGINEERING EDUCATION, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 12-1139 |

## ORDER

**AND NOW**, this 2nd day of May 2014, upon consideration of Defendant Norman Fortenberry's Motion to Dismiss (Doc. Nos. 19, 20), Plaintiff's Response (Doc. No. 23), and Defendant's Reply (Doc. No. 24), it is **ORDERED** that Defendant Norman Fortenberry's Motion to Dismiss (Doc. Nos. 19, 20) is **GRANTED** and Defendant Norman Fortenberry is dismissed as a Defendant.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.